In the Matter of the Application of Gus Conomon, Petitioner, for a Certiorari Order against New York State Liquor Authority, Respondent.

Present—Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J. dissents; dissenting opinion by Untermyer, J.

Untermyer, J. (dissenting). The rule is settled that, although heresay evidence is admissible in such proceedings as these, the charge must be sustained by common-law proof and without relation to hearsay evidence. (*Matter of Carroll* v. *Knickerbocker Ice Co.*, 218 N. Y. 435; *Matter of Yates* v. *Mulrooney*, 245 App. Div. 146.) In determining whether the charge was sustained, we must, therefore, disregard the statements made to Patrolman Seltenreich. We must also disregard the minutes of his testimony in the Magistrates' Court, which in this proceeding would likewise be hearsay and which, furthermore, were not offered in evidence before the Commissioner. Limiting ourselves to the common law proof, all that remains is that on one occasion Seltenreich observed several women on the premises, who at other times and places he knew to have received from some other restaurant a share of the proceeds of food or drinks. This evidence is wholly insufficient to sustain the charge against the petitioner that he engaged in that practice.

The determination should be annulled.

Morris Rabinowitz, Respondent, v. New York Plumbers Specialties Co., Inc., Appellant.—Judgment affirmed, with costs. No opinion. Present—Martin, P. J., Townley, Cohn and Callahan, JJ.; Callahan, J. dissents.

Alice Montant, Respondent, v. Louis T. Montant, Appellant.—Judgment affirmed, with costs. No opinion. Present—Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and dismiss the complaint, on the authority of *Matter of Trowbridge* (266 N. Y. 283).

Charlotte Guisot, Appellant, v. Third Avenue Railway Company, Respondent.—Judgment unanimously affirmed, with costs. No opinion. Present—Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Maurice B. Affron and Harry S. Guthait, Copartners, etc., Respondents, v. Independent Oil Burner Corp., Appellant, Impleaded with Another, Defendant.—Judgment unanimously affirmed, with costs. No opinion. Present—Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.